IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY LASAWN WARE )
)
vs. ) CIVIL ACTION NO. 611-134
)
ALTON MOBLEY, DOUG )
WILLIAMS, CAPTAIN JOHN DOE, )
ANTWON SMITH, and DON )
JARRIEL )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 2 day of May, 2012.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia